IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> VASANT H. RAVAL, ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. <br><br> **MOTION FOR ENTRY OF FINAL JUDGMENT** |

    Plaintiff, United States Securities and Exchange Commission, hereby moves this Honorable Court for entry of final judgment as to defendant Vasant H. Raval.  The parties have reached a settlement.  Defendant Raval has executed a consent to a proposed final judgment.

Dated:  March 15, 2010

                                                  Respectfully submitted,

                                                  s/ Thomas J. Krysa
                                                  Thomas J. Krysa
                                                  Mary S. Brady
                                                  Ian S. Karpel
                                                  Rebecca L. Franciscus
                                                  Patricia E. Foley
                                                  Attorneys for Plaintiff
                                                  Securities and Exchange Commission
                                                  1801 California Street, Suite 1500
                                                  Denver, Colorado 80202
                                                  Telephone: (303) 844-1000
                                                  Facsimile: (303) 844-1010
                                                  Email:   krysat@sec.gov
                                                                     bradym@sec.gov
                                                                     karpeli@sec.gov

<u>CERTIFICATE OF SERVICE</u>

2

I hereby certify that on March 15, 2010, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will provide notice to the following:

Randall Fons, Esq.
Morrison Foerster LLP
370 Seventeenth Street, Suite 5200
Denver, CO 80202

s/ Marla J. Pinkston
Marla J. Pinkston