IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
SECURITIES AND EXCHANGE        )
COMMISSION,                    )
                               )
          Plaintiff,           )        8:10CV101
                               )
     v.                        )
                               )
VASANT H. RAVAL,               )        ORDER
                               )
          Defendant.           )
_____)
```

This matter is before the Court on the motion to withdraw (Filing No. 7).  The Court finds the motion should be granted.  Accordingly,

IT IS ORDERED that the motion is granted; Mary S. Brady is deemed withdrawn as counsel of record for plaintiff.

DATED this 18th day of March, 2010.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court